No. 560. ISALES *v.* MAESO ET AL.—Appeal from the District Court of San Juan. Motion of the appellants that a certain plan be attached to the record. Decided June 22, 1910. Motion denied for the reasons set forth in the decision of a similar motion in the case of *Calaf et al.* v. *Calaf,* of January 25, 1910. *Messrs. Bosch* and *Soto* for petitioner. *Mr. Eugenio Benítez Castaño* for respondent.

No. —. RODRÍGUEZ ET AL. *v.* GÓMEZ.—Appeal from the District Court of Ponce. Motion to dismiss the appeal because of the appellant's failure to furnish bond, the case being one of temporary support to which are applicable the rules governing actions of unlawful detainer. Decided June 22, 1910. Motion denied because, according to section 84 of the act relating to special legal proceedings, an appeal from a judgment rendered in cases of claims for temporary support does not suspend the execution of the judgment, there being, consequently, no need of furnishing bond for an appeal of this kind. *Mr. José Tous Soto* for petitioner. *Mr. J. F. Fernández* for respondent.

No. 249. THE PEOPLE *v.* MALDONADO.—Appeal from the District Court of Humacao. Decided June 23, 1910. Judgment affirmed. *Mr. Ramón Nadal Santa Coloma* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 500. RIVERA *v.* LUQUE.—Appeal from the District Court of San Juan. Motion of the appellant withdrawing the appeal. Decided October 3, 1910. Motion admitted. *Messrs. Coll Cuchí Hermanos* for petitioner.